UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BILL MAX OVERTON,<br><br>                Plaintiff,<br><br>    -vs-<br><br>UNITED STATES OF AMERICA, CAROL WHALEN, individually, V. WILLIS, individually, and EDYTHE SIEKMAN, individually,<br><br>                Defendants. | NO.   CV-83-0878-WFN<br><br>ORDER |

Pending before the Court are various filings which were re-submitted by Mr. Overton on July 25, 2005. The Court will not review these documents as Mr. Overton has not followed the Court's direction that he must **FIRST SEEK RELIEF FROM THE INJUNCTION** dated May 29, 2003. Mr. Overton was also warned in a prior order that the Court would assess a fine if Mr. Overton continued to disregard the orders of this Court. *See Gifford v. Heckler*, 741 F.2d 263 (9th Cir. 1984)("A district court has the power to adjudge in civil contempt any person who willfully disobeys a specific and definite order of the court.") . Accordingly,

**IT IS ORDERED** that:

1. Mr. Overton is found to be in **CONTEMPT** of the Court's Order dated July 14, 2005 and is **HEREBY FINED $100.00**, payable immediately. Payment shall be made to the Clerk of Court, U.S. District Court for the Eastern District of Washington, P.O. Box 1493, Spokane, WA 99210.

ORDER - 1

1    2.  The District Court Executive shall:

2        a.  **RETURN** Mr. Overton's filings of June 21, 2005, July 11, 2005, and July 25,

3 2005;

4        b. File this Order; and

5        c. Provide copies of this Order to Plaintiff Overton and defense counsel.

6    **DATED** this 29th day of July, 2005.

8                                s/ Wm. Fremming Nielsen
                                WM. FREMMING NIELSEN
9  83cv07-29                SENIOR UNITED STATED DISTRICT JUDGE

ORDER - 2